AO 91 (Rev. 11/11)  Criminal Complaint   (S. Dalke)   C&W No. 26-011

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JOSE MANUEL CORDOVA LOPEZ | ) | 26-MJ-244 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 9, 2026** in the county of **Montgomery** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with certain officers or employees of the United States engaged in the performance of official duties |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

*/s/ Mark Perrini*
Complainant's signature

Mark Perrini, Deportation Officer
Printed name and title

Sworn to before me and signed by telephone

Date: 02/09/2026

Scott W. Reid
Digitally signed by Scott W. Reid
Date: 2026.02.09 12:04:53 -05'00'

Judge's signature

City and state: Philadelphia, PA

Honorable Scott W. Reid, U.S. Magistrate Judge
Printed name and title

C&W No. 26-011

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

1.I, Mark Perrini, am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").  I have served as a Deportation Officer with ICE since August 30, 2024.  As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act ("INA") and criminal violations under Title 8 of the United States Code.  I am currently assigned to the ICE Enforcement and Removal Operations ("ERO") Philadelphia, Pennsylvania Field Office, and my duties include investigating violations of Title 8 of the United States Code, to include violations of immigration offenses.

2.I have prepared this affidavit in support of a criminal complaint and arrest warrant for Jose Manuel Cordova Lopez (hereinafter "Cordova Lopez"), because there is probable cause to believe Cordova Lopez is an alien, that is an individual who is not a citizen or national of the United States, who is currently in the United States in violation of  Section 240 of the INA, who, forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with me when I attempted to arrest and transport him for immigration-related proceedings, in violation of 18 U.S.C. 111(a)(1).

3.This affidavit is based on information I obtained from my personal observations, my training and experience, review of documentary evidence, and information provided to me by other members of the investigation.  Because this affidavit is submitted only for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, it does not include all information known to the government as a result of the investigation.

1

C&W No. 26-011

  4.  On August 23, 2025, I received information that Cordova Lopez was arrested by the Lower Providence Township Police and charged with Driving Under the Influence docketed under CP-46-CR-0005570-2025.

  5.  On February 9, 2026, I conducted a check in the National Crime Information Center ("NCIC") database for Cordova Lopez's criminal history, as well as his immigration history. Under the FBI number associated with Cordova Lopez, M7TEJPLNH, I discovered that Cordova Lopez still has pending charges related to his arrest by the Lower Providence Township Police department for Driving Under the Influence, with a court date of March 2, 2026. I conducted further checks in the Enforcement Alien Removal Module ("EARM") database for Cordova Lopez's immigration history in the United States and determined that he entered the United States from Mexico as H2A Temporary Agriculture worker on September 22, 2021, and was admitted to stay in the United States until December 19, 2021 (Form I-94, Arrival/Departure Record, # 667231759A2).

  6.  Based on my training and experience, I know that ICE maintains a file on all aliens encountered by ICE. This file, known as the Alien File ("A File"), contains documentation relating to the alien, including his/her photograph, warrants of arrest or deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned an identification number, referred to as the "Alien Number." A search of ICE databases revealed that Cordova Lopez has not been assigned an Alien Number as of now.

  7.  On February 9, 2026, a search of Cordova Lopez's immigration history showed that he is a native and citizen of Mexico who entered the United States through the San Ysidro, California port of entry on September 22, 2021, on an H2A temporary agriculture worker visa.

C&W No. 26-011

Cordova Lopez was admitted to stay in the United States until December 19, 2021 (I-94 Record # 667231759A2). Cordova Lopez remained in the United States past his admit until date, as confirmed by his arrest on August 23, 2025 in Lower Providence Township, Pennsylvania.

8. On August 23, 2025, Cordova Lopez provided the Lower Providence Police Department the address of 40 North Barry Street, Norristown, Pennsylvania as his home address.

9. On February 9, 2026, I am other ICE officers observed a white Jeep Grand Cherokee with Pennsylvania license plate MBY9111 outside of 40 North Barry Street. ICE Officers ran a check on the registered owner of this vehicle and it returned to Brenda Lopez Carmen with an address listed as 40 North Barry Avenue, Norristown, Pennsylvania.

10. At approximately 6:10 a.m. on February 9, 2026, ICE Officers observed a male subject exit the residence at 40 North Barry Street, Norristown, Pennsylvania, and the male subject appeared to closely match the description of Cordova Lopez. The male subject entered the white Jeep Grand Cherokee and proceeded to start the vehicle.

11. I, along with other ICE ERO Deportation officers and United States Border Patrol agents attempted to perform a vehicle stop on the above listed Jeep Grand Cherokee. Officers activated the red and blue emergency lights and sirens on their vehicles. The Jeep failed to initially stop and proceeded moving forward. The vehicle then slowed and appeared to be stopping. I proceeded to attempt to park my vehicle in front of the Jeep to prevent it from fleeing but before I could do so the Jeep accelerated and stuck the front passenger side of my vehicle. It should be noted that my emergency lights and siren were still engaged at this time. The Jeep then fled from the area, and officers followed at a safe distance and observed the Jeep proceed promptly back to the original address where it was initially parked. I observed the male subject flee on foot from the Jeep vehicle and enter the front door of the residence at 40 North Barry

3

Street, Norristown, Pennsylvania, and the male subject again appeared to closely match the description of Cordova Lopez. A female subject was waiting for him at the door and shut the door as officers approached the residence. The female subject told local police that it was "Jose" driving the vehicle. There is visible damage on both the Jeep and my vehicle, and at the time of the collision I heard the impact.

12. Based on my review of DHS electronic databases, Cordova Lopez is a citizen and national of Mexico who overstayed his admission to the United Sates on his H2A visa, and he no longer has any legal status in the United States.

13. Based on all of the foregoing, I respectfully submit that the facts set forth in this Affidavit demonstrate that there is probable cause to conclude Cordova Lopez forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with an employee of the United States while engaged in the performance of official duties, in violation of Title 18, United States Code, 111(a)(1). I therefore respectfully ask that the Court issue a warrant ordering his arrest for such crime.

/s/ Mark Perrini
Mark Perrini
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me by telephone
This 9th day of February 2026

Scott W. Reid
Digitally signed by Scott W. Reid
Date: 2026.02.09 12:05:26 -05'00'

HONORABLE SCOTT W. REID
United States Magistrate Judge

4